UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
FAIGY GOLDTSEIN,

                              Plaintiff,                    JUDGMENT
                                                                   17-CV-04729 (BMC)
      - against –

DIVERSIFIED ADJUSTMENT SERVICE,
INCORPORATED

                              Defendant.
------------------------------------------------------------ X

       A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 20, 2017, granting Defendant's motion for judgment on the pleadings; and denying Plaintiff's motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted; and that Plaintiff's motion for judgment on the pleadings is denied.

Dated: Brooklyn, NY                                                   Douglas C. Palmer
      November 20, 2017                                             Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk